IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GMR PARTNERS, LLC D/B/A § <br> SCHLOTZKY'S DELI § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> NATIONWIDE PROPERTY AND § <br> CASUALTY INSURANCE COMPANY § <br> *Defendant.* § | CIVIL ACTION NO. 4:21-cv-00338-SDJ-CAN |

## NOTICE OF SETTLEMENT

Defendant Nationwide Property and Casualty Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT**
**NATIONWIDE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this 4th day of November, 2021 to

Chad T. Wilson
Patrick McGinnis
Chad T. Wilson Law Firm, PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com
eservice@cwilsonlaw.com

                                            */s/ Patrick M. Kemp*
                                            Patrick M. Kemp