IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GMR PARTNERS, LLC D/B/A SCHLOTZKY'S DELI §§§§ *Plaintiff,* | |
| v. § | CIVIL ACTION NO. 4:21-cv-00338-SDJ-CAN |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY §§§§ *Defendant.* | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff GMR Partners, LLC d/b/a Schlotzky's Deli ("Plaintiff") and Defendant Nationwide Property and Casualty Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick C. McGinnis (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Chad T. Wilson | Patrick M. Kemp |
| Texas Bar No. 24079587 | Texas Bar No. 24043751 |
| cwilson@cwilsonlaw.com | pkemp@smsm.com |
| Patrick C. McGinnis | Robert G. Wall |
| Texas Bar No. 13631900 | Texas Bar No. 24072411 |
| pmcginnis@cwilsonlaw.com | rwall@smsm.com |
| Chad T. Wilson Law Firm | Segal McCambridge Singer & Mahoney |
| 455 E Medical Center Blvd, Ste. 555 | 100 Congress Avenue, Suite 800 |
| Webster, Texas 77598 | Austin, Texas 78701 |
| (832) 415-1432 | (512) 476-7834 |
| (281) 940-2137 – Facsimile | (512) 476-7832 – Facsimile |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 16th day of December, 2021 to:

Chad T. Wilson
Patrick C. McGinnis
Chad T. Wilson Law Firm, PLLC
455 E. Medical Center Blvd, Ste 555
Webster, Texas 77598
eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

                                                  */s/ Patrick M. Kemp*
                                                  Patrick M. Kemp